IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODERICK DEON BLACKMON, # 167847, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-278-WKW |
| | ) | (WO) |
| STEPHEN BULLARD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On May 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 25) in this case, finding that the petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is due to be denied. The petitioner filed an objection on June 2, 2006 (Doc. # 26).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objections are OVERRULED.

2.  The Recommendation of the Magistrate Judge is ADOPTED.

3.  The Petition for Writ of Habeas Corpus is DENIED.

4.  The petitioner's claims are DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE