IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODERICK DEON BLACKMON, # 167847, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-278-WKW |
| | ) | (WO) |
| STEPHEN BULLARD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. All claims are hereby DISMISSED with prejudice.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 9th day of June, 2006.

　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE